MALONE, FORT COVINGTON AND HOPKINS POINT RAILROAD COMPANY, Appellant, *v.* SPUYTEN DUYVIL CONSTRUCTION COMPANY et al., Respondents.

*Malone, Fort Covington & Hopkins Point R. R. Co.* v. *Spuyten Duyvil Constr. Co.*, 143 App. Div. 972, affirmed.

(Argued December 11, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 1, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for alleged injury to plaintiff's railroad way from acts of the defendants in constructing a state road.

*John P. Kellas* for appellant.

*Earl W. Scripter, Harry S. Patten, James E. Duross* and *Arthur S. Hogue* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WIL-LARD BARTLETT, CHASE and COLLIN, JJ. Not voting: HISCOCK, J.